大成 DENTONS

**Maria C. Mannarino**
Managing Associate

maria.mannarino@dentons.com
D   +1 212-768-5311

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

October 29, 2021

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
10/29/21

Re:   *Quezada v. Prollergy Corporation,* Case No. 1:21-cv-04976-JGK

Dear Judge Koeltl:

We represent defendant Prollergy Corporation ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, Jose Quezada, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from October 29, 2021 to December 13, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Maria C. Mannarino*
Maria C. Mannarino

cc:   All counsel of record (by ECF)

Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► Larrain Rencoret ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms