UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE QUEZADA, on behalf of himself and all others similarly situated,

        Plaintiff,

- against -

PROLLERGY CORPORATION,

        Defendant.

21-cv-4976 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The stay in this case has expired. The defendant should respond to the complaint by 1/7/22.

SO ORDERED.

Dated:    New York, New York
            December 21, 2021

                                          John G. Koeltl
                                     United States District Judge